# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ESCAMILLA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RICARDO LARA, et al.,<br><br>　　　　　　　Defendants. | No. 8:23-01071-JAK (ADSx)<br><br>**JUDGMENT**<br><br>JS-6 |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the above-captioned case dismissed.

Dated: March 19, 2024

_____
John A. Kronstadt
United States District Judge